# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Silva v. Farrish Docket No.: 25-2826

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**


Name: Elizabeth A. Brody, Assistant Solicitor General

Firm: Office of the New York State Attorney General

Address: 28 Liberty Street, 23rd Floor, New York, NY 10005

Telephone: (212) 416-6167 Fax: (212) 416-8962

E-mail: elizabeth.brody1@ag.ny.gov


**Appearance for:** appellees Farrish, Laczi, Seggos, & N.Y. State Dep't of Env't Conservation
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: David Lawrence III )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 9/24/2021 (date of admission) OR

☐ I applied for admission on .

Signature of Counsel: /s/ Elizabeth A. Brody

Type or Print Name: Elizabeth A. Brody